UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, ET AL.,

    Plaintiffs,

v.    Case No. 8:12-cv-2927-T-33TGW

HCA HOLDINGS, INC.,

6:16-cv-578-ORL-41DAB

    Defendants.
_____/

**ORDER**

This matter comes before the Court sua sponte. The Court un-sealed the Amended Complaint in this qui tam case on March 10, 2016. On March 14, 2016, the Court directed Plaintiff's counsel to file a status report detailing the procedural posture of the case as well as the nexus, if any, between the allegations of the operative Complaint and the Tampa Division of the Middle District of Florida. (Doc. # 4). Plaintiff's counsel filed a timely status report, but did not include a discussion of whether this action was instituted in the correct Division of the Middle District of Florida. (Doc. # 5).

On March 31, 2016, the Court entered an Order giving Plaintiff a final opportunity to address the Court's concerns as follows: "The Court directs Plaintiff to file an additional status report addressing whether this action would instituted

in the correct Division of the Court on or before April 4, 2016. Failure to adequately address the Court's concerns will lead to an Order sua sponte transferring this case to the Orlando Division of the Middle District of Florida." (Doc. # 6). Plaintiff did not respond to the Court's Order.

Seeing no nexus between the allegations of the operative Complaint and the Tampa Division of the Middle District of Florida, the Court sua sponte transfers this case to the Orlando Division of the Middle District of Florida pursuant to 28 U.S.C. § 1406(a), which states that "the district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."

As detailed in the Court's prior Orders, the Relator is a citizen and resident of Merritt Island, Florida (which is located in Brevard County, Florida) and he describes allegedly fraudulent activity at a HCA West Florida Hospital as well as fraudulent conduct by Jacksonville Emergency Consultants. (Doc. # 3 at 13, 19). Absent from the operative Complaint is any factual allegation linked to the Tampa Division of the Middle District of Florida, (which is comprised of the following counties: Hardee, Hernando, Hillsborough, Manatee,

2

Pasco, Pinellas, Polk, and Sarasota). Thus, the Court sua sponte transfers this case to the Orlando Division of the United States District Court for the Middle District of Florida.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

The Clerk is directed to transfer this case to the Orlando Division of the United States District Court for the Middle District of Florida.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 5th day of April, 2016.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

3